**Carpenter, Hazlewood, Delgado & Bolen, PLC**
Attorneys at Law
1400 E. Southern Avenue, Suite 400
Tempe, Arizona 85282
**t** 480.991.6949 | **f** 480.991.7040
Chad P. Miesen 024910
James H. Hazlewood 012180
ASHLANDRNCH.0020

Attorneys for Creditor

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **In Re:**<br><br>**Mark Byers and Julie Byers,**<br><br>Debtor(s). | No. 2:13-bk-07763-DPC<br><br>**Chapter 13**<br><br>**OBJECTION TO PLAN CONFIRMATION** |

Secured Creditor, Ashland Ranch Community Association, (the "Association"), hereby files its objection to confirmation of the Debtor's Chapter 13 Plan dated May 8, 2013, based upon the following:

1. The Debtor filed for protection under Chapter 13 on or about May 8, 2013.

2. The Association is a nonprofit corporation and homeowners association.

3. Mark Byers and Julie Byers are the record owners of Lot 214, also known as 2192 South Nielson Street, Gilbert, Arizona, (the "Property"), per deed recorded in 2000-0437964.

4. The Association, pursuant to Article 6, Section 6.1 of the Declaration of Covenants, Conditions and Restrictions recorded at No. 98-0628735 in the Office of the Maricopa County Recorder, and A.R.S. §33-1807(H) has a consensual and statutory lien for unpaid assessments and related charges secured by the Debtor's Property. The lien is second only to a first mortgage and any real property taxes under Arizona law.

5. According to the records of the Association, the Debtor owed $4,014.00 in arrearages at the time of the bankruptcy filing in unpaid assessments and legal fees and costs incurred by the Association, as evidenced by the Proof of Claim on file.

6. In addition, the Association is also entitled to interest on the balance at 15% per annum pursuant to the Declaration.

7. The Debtor has failed to list the Association's lien appropriately for payment as a secured creditor in the Plan in the same manner as the mortgage(s) on the property.

Based upon the foregoing, the Association requests that the Court deny or continue confirmation of the Debtor's Plan.

DATED this 2nd day of July, 2013.

Carpenter, Hazlewood, Delgado & Bolen, PLC

By: /S/ *Chad P. Miesen*
Chad P. Miesen #024910
1400 E. Southern Ave., Suite 400
Tempe, Arizona 85282
Attorney for creditor Ashland Ranch Community Association

COPY of the foregoing mailed
this 17th day of July, 2013,
to:

Mark Byers and Julie Byers
2192 South Nielson Street
Gilbert, Arizona 85296
Debtor(s)

Amber L. Guymon
633 E. Ray Road, Suite 134
Gilbert, AZ 85296
Attorney for Debtor(s)

Russell Brown
3838 North Central Avenue, Suite 800
Phoenix, Arizona 85012-1965
Trustee

/S/ Debbie McKernan