Amber L. Guymon
LAW OFFICE OF AMBER L. GUYMON, PLLC
633 E. Ray Road, Bldg. 8, Suite 134
Gilbert, Arizona 85296
Telephone: 480-721-8772
Fax: 866-593-6928
Email: amber@guymonlawpllc.com
State Bar No. 027327
*Attorney for Debtors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **In re:** | ) Chapter 13 Proceeding |
| **MARK GREGORY BYERS and JULIE ANNE BYERS,** | ) Case No.: 2-13-bk-7763 BKM |
| Debtors. | ) **MOTION TO EXTEND TIME TO FILE A STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN** |

COMES NOW, Debtors, MARK GREGORY BYERS and JULIE ANNE BYERS, through undersigned counsel of record, hereby files their Motion to Extend Time to File a Stipulated Order Confirming Chapter 13 Plan.

Debtor's counsel received Trustee's Recommendation subject to the resolution of certain issues regarding Debtor's Chapter 13 Plan. Debtors are requesting additional time to file their Stipulated Order Confirming Chapter 13 Plan and are prepared to submit their Stipulated Order Confirming their Chapter 13 Plan. Debtor, Julie Ann Byers' income has increased and her first payroll check evidencing her new income will not be received until July 15, 2014.

WHEREFORE, Debtors respectfully requests an extension of time to submit their Stipulated Order Confirming their Chapter 13 Plan for thirty (30) days.

RESPECTFULLY SUBMITTED this 9th day of July, 2014.

/s/ Amber L. Guymon #027327
Amber L. Guymon, Esq.
Attorney for the Debtors

A COPY OF THE FOREGOING was lodged with the US Bankruptcy Court electronically, and mailed first class on the 9th day of July, 2014, to:

Russell Brown, Trustee
CHAPTER 13 TRUSTEE
3838 N. Central Avenue, Suite 800
Phoenix, Arizona 85012-1965

Mark Gregory Byers
Julie Anne Byers
2192 S. Nielson Street
Gilbert, Arizona 85295
*Debtors*

By: /s/ Amber L. Guymon #027327