Amber L. Guymon
LAW OFFICE OF AMBER L. GUYMON, PLLC
633 E. Ray Road, Bldg. 8, Suite 134
Gilbert, Arizona 85296
Telephone: 480-721-8772
Fax: 866-593-6928 Fax
Email: amber@guymonlawpllc.com
State Bar No. 027327
Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 13 Proceedings |
| | ) |
| | ) Case No.: 2-13-bk-7763 BKM |
| MARK GREGORY BYERS and | ) |
| JULIE ANNE BYERS, | ) **NOTICE OF LODGING PROPOSED ORDER REGARDING MOTION TO EXTEND TIME TO FILE A STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN** |
| Debtors. | ) |

Pursuant to Rule 9022-1(b), undersigned counsel hereby gives Notice of Lodging a Proposed Order regarding Motion to Extend Time to File a Stipulated Order Confirming Chapter 13 Plan.

Dated this 9th day of July, 2014.

/s/ Amber L. Guymon #027327
Amber L. Guymon
Attorney for Debtors

1

*Certificate of Service*

A copy of the foregoing mailed this 28th day of May, 2014, to:

Edward J. Maney
Chapter 13 Trustee
101 N. First Avenue, Suite 1775
Phoenix, Arizona 85003
ejm@maney13trustee.com

Honorable Madeline C. Wanslee
United States Bankruptcy Judge
230 N. 1st Avenue, Suite 702
Phoenix, Arizona 85003


By: /s/ Amber L. Guymon #027327

2